UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
flsb.uscourts.gov

In re

GLG INVESTMENTS, LLC,

Debtor.
_________________________________/

CASE NO.: 26-16159-LMI

CHAPTER 11

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

Zach B. Shelomith, Esq., pursuant to Fed. R. Bankr. P. 9010, hereby enters his appearance as attorney for Interested Parties, MONIQUE WRIGHT, ANDREW ROSENBERG and BRYAN STARBUCK (collectively referred to as "Interested Parties"), with regard to all matters and proceedings in the above-captioned bankruptcy proceeding. The Intersted Parties hereby request that all notices required to be given under Fed. R. Bankr. P. 2002 be given by due service upon its undersigned attorney.

Dated: May 14, 2026, 2026

SHELOMITH LAW
*Attorneys for Monique Wright, Andrew Rosenberg and Bryan Starbuck*
2699 Stirling Road, Suite C401
Ft. Lauderdale, FL 33312
Telephone: (954) 920-5355
Facsimile: (954) 920-5371

By: /s/ *Zach B. Shelomith*
ZACH B. SHELOMITH
Florida Bar No. 0122548
zbs@shelomith.law
ANA G. PULIDO
Florida Bar No. 1065082
agp@shelomith.law

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on May 14, 2026 to all parties on the list to receive e-mail notice/service for this case, via the Notice of Electronic Filing (which is incorporated herein by reference).

By: /s/
Zach B. Shelomith